# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Rodolfo Valenzuela,<br><br>Plaintiff,<br><br>v.<br><br>Federal Bureau of Investigation,<br><br>Defendant. | Case No. 2:23-cv-02030-JAD-DJA<br><br>**Report and Recommendation** |

On March 28, 2024, the Court screened Plaintiff's complaint and dismissed it without prejudice. (ECF No. 8). The Court gave Plaintiff until April 26, 2024 to file an amended complaint. (*Id.*). In doing so, the Court explained that "[f]ailure to comply with this order will result in the recommended dismissal of this case." (*Id.*). To date, Plaintiff has filed nothing further on the docket.

Accordingly, the undersigned **RECOMMENDS** that this case be **DISMISSED** without prejudice. The Clerk of Court is kindly directed to send this recommendation to Plaintiff.

## NOTICE

Pursuant to Local Rule IB 3-2 any objection to this Report and Recommendation must be in writing and filed with the Clerk of the Court within (14) days after service of this Notice. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985), *reh'g denied*, 474 U.S. 1111 (1986). The Ninth Circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the

order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

DATED: June 28, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE